JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIALOUBELLE L.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,[2] Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 20-2213 PVC<br><br>**JUDGMENT** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND**

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for her predecessor originally named in the complaint. *See* 42 U. S. C. § 405(g); Fed. R. Civ. P. 25(d).

1 | **DECREED** that the above-captioned action is remanded to the Commissioner of Social
2 | Security for further proceedings consistent with the Stipulation to Remand.
3 |
4 | DATED: October 28, 2021
5 |
6 |                                  _____
7 |                                  PEDRO V. CASTILLO
                                     UNITED STATES MAGISTRATE JUDGE